CLOSED,TRIAL-OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
## CRIMINAL DOCKET FOR CASE #: 8:09-cr-00111-JFB-TDT
## All Defendants

Case title: USA v. Cole

Date Filed: 03/20/2009
Date Terminated: 07/12/2010

---

Assigned to: Judge Joseph F.
Bataillon
Referred to: Magistrate Judge
Thomas D. Thalken

### Defendant (1)

**Brandon J. Cole**
*TERMINATED: 07/12/2010*

represented by **James H. Hoppe**
JAMES HOPPE
140 North 8th Street
Suite 250
Lincoln, NE 68508
(402) 474-3884
Fax: (402) 476-7499
Email:
jhop52@windstream.net
*ATTORNEY TO BE
NOTICED*
*Designation: Retained*

**Jeffrey L. Thomas**
FEDERAL PUBLIC
DEFENDER'S OFFICE -
OMAHA
One Central Park Plaza

222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: jeff_thomas@fd.org
*TERMINATED: 11/25/2009*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2252A(a)(2) - RECEIPT OF CHILD PORNOGRAPHY (1) | Defendant pleaded guilty to Counts I and III of the Indictment and is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months; five (5) years of Supervised Release with Special Conditions; $100 Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:2252(a)(4)(B) - POSSESSION OF CHILD PORNOGRAPHY (2) | Count II of the Indictment is dismissed on the motion of the United States as to this defendant only |
| 18:2253 - FORFEITURE (3) | Defendant pleaded guilty to Counts I and III of the |

Indictment and is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months; five (5) years of Supervised Release with Special Conditions; $100 Special Assessment

**Highest Offense Level (Terminated)**

Felony

**Complaints**                              **Disposition**

None

**Plaintiff**

**USA**                    represented by   **Michael P. Norris**
                                            U.S. ATTORNEY'S OFFICE
                                            - OMAHA
                                            1620 Dodge Street
                                            Suite 1400
                                            Omaha, NE 68102-1506
                                            (402) 661-3700
                                            Fax: (402) 345-5724
                                            Email:
                                            michael.norris@usdoj.gov
                                            *ATTORNEY TO BE
                                            NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2009 | 1 | |

| | | |
|---|---|---|
| | | INDICTMENT with foreperson's signature redacted pursuant to the E-Government Act. PART 1 OF 2 as to defendant Brandon J. Cole. (KBJ) (Entered: 03/24/2009) |
| 03/20/2009 | 2 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendant Brandon J. Cole. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ) (Entered: 03/24/2009) |
| 03/20/2009 | 3 | CRIMINAL COVER SHEET as to defendant Brandon J. Cole. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ) (Entered: 03/24/2009) |
| 03/20/2009 | | Remark - Public: Case filed under seal on 3/20/09 and unsealed on 4/15/09 pursuant to memorandum as to defendant Brandon J. Cole (KBJ) (Entered: 04/15/2009) |
| 04/15/2009 | 5 | NOTICE (MEMORANDUM) TO UNSEAL CASE by Attorney Michael P. Norris as to defendant Brandon J. Cole. (KBJ) (Entered: 04/15/2009) |
| 04/15/2009 | 6 | TEXT ORDER as to defendant Brandon J. Cole - Initial Appearance set for 4/16/2009 at 2:30 PM in Courtroom 7, Federal Building, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 04/15/2009) |
| 04/16/2009 | 7 | TEXT MINUTE ENTRY for initial appearance and arraignment held in Omaha on 04/16/2009 before Magistrate Judge Thomas D. Thalken as to defendant Brandon J. Cole. Defendant acknowledges receipt of a copy of the Indictment. Defendant requests appointment of counsel and the Federal Public Defender is appointed. Not guilty plea entered on all counts. Defendant does request |

| | | |
|---|---|---|
| | | discovery material pursuant to Rule 16. Government does adopt open file policy regarding discovery. Progression order to be issued. Present bond is continued. Appearance for plaintiff: Douglas R. Semisch for Michael P. Norris. Appearance for defendant: Jeffrey L. Thomas, FPD. Courtroom Deputy: Mary Beth Baker. Interpreter Used: no. Court Reporter: Digital Recorder. Time Commenced: 2:28 p.m. Time Concluded: 2:32 p.m. Time in Court: 4 minutes. (MBB) (Entered: 04/16/2009) |
| 04/16/2009 | 8 | ORDER APPOINTING COUNSEL as to defendant Brandon J. Cole - the Federal Public Defender is appointed to represent the defendant. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 04/16/2009) |
| 04/16/2009 | 9 | ORDER FOR PROGRESSION OF A CRIMINAL CASE as to defendant Brandon J. Cole - discovery due 04/23/2009. Pretrial Motion Deadline set for 5/6/2009. Jury Trial set for 6/8/2009 at 9:00 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 04/17/2009) |
| 04/16/2009 | 10 | ARREST WARRANT RETURNED EXECUTED in case as to defendant Brandon J. Cole. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ) (Entered: 04/17/2009) |
| 04/16/2009 | 12 | ◀) AUDIO FILE (1.0 MB) as to defendant Brandon J. Cole regarding Initial Appearance 7 held on 04/16/2009 at 2:28 p.m. before Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 04/17/2009) |
| 04/20/2009 | 13 | RULE 5 PLEADINGS - IN Transfer from USDC-Northern District of Iowa, case number 09-MJ-113 as to defendant Brandon J. Cole. (Attachments: # 1 Rule 5 Order, # 2 Rule 5 Minutes from hearing held 4/15/09, |

|  |  | # 3 Rule 5 Order Appointing Counsel,<br># 4 Rule 5 Notice of Attorney Appearance,<br># 5 Rule 5 Order Setting Conditions of Release. Attachment #5 modified on 4/21/09 to reflect ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT.<br># 6 Rule 5 Waiver,<br># 7 Commitment to Another District,<br># 8 Nebraska warrant and Indictment. Attachment #8 modified on 4/21/09 to reflect ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (and modified to add a sealed attachment).<br># 9 CJA Voucher- SEALED) (KBJ). (Entered: 04/21/2009) |
|---|---|---|
| 04/21/2009 | 14 | NOTICE *of Compliance of Local Criminal Rule 16.1(a)* by Attorney Michael P. Norris as to defendant(s) Brandon J. Cole. (Norris, Michael) (Entered: 04/21/2009) |
| 05/06/2009 | 15 | MOTION to Extend *Time for Filing of Pretrial Motions* by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 05/06/2009) |
| 05/06/2009 | 16 | WAIVER of speedy trial by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 05/06/2009) |
| 05/06/2009 | 17 | ORDER - Defendant Cole's motion for an extension of time 15 is granted. Cole is given until on or before June 5, 2009, in which to file pretrial motions pursuant to the progression order. The time between May 6, 2009 and June 5, 2009, shall be excluded under the Speedy Trial Act as to defendant Brandon J. Cole. Ordered by Magistrate Judge Thomas D. Thalken. (KBJ) (Entered: 05/07/2009) |
| 06/03/2009 | 18 | MOTION to Modify Conditions of Release by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 06/03/2009) |

| 06/04/2009 | 19 | ORDER - The motion to modify his conditions of release 18 is granted to the extent set forth in this Order as to defendant Brandon J. Cole. Ordered by Magistrate Judge Thomas D. Thalken.(KBJ) (Entered: 06/04/2009) |
|---|---|---|
| 06/05/2009 | 20 | MOTION to Suppress *Evidence and Request for Evidentiary Hearing and Oral Argument* by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 06/05/2009) |
| 06/05/2009 | 21 | BRIEF in support of MOTION to Suppress *Evidence and Request for Evidentiary Hearing and Oral Argument* 20 by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 06/05/2009) |
| 06/12/2009 | 22 | ORDER as to defendant Brandon J. Cole regarding MOTION to Suppress 20 - Motion Hearing set for 6/29/2009 at 10:00 AM in Courtroom 7, Federal Building, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. Counsel are reminded of the requirements of NECrimR 12.5. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 06/12/2009) |
| 06/29/2009 | 23 | TEXT MINUTE ENTRY for hearing re 20 Motion to Suppress held in Omaha on 06/29/2009 before Magistrate Judge Thomas D. Thalken as to defendant Brandon J. Cole. Evidence by plaintiff and defendant. Hearing is continued to 07/24/2009 at 2:00 p.m. for testimony of another witness. Present bond is continued. Appearance for plaintiff: Michael P. Norris. Appearance for defendant: Jeffrey L. Thomas, FPD. Interpreter Used: no. Courtroom Deputy: Mary Beth McFarland. Court Reporter: Digital Recorder. Time Commenced: 9:59 a.m. Time Concluded: 11:17 a.m. Time in Court: 1 hour, 18 minutes. (MBM) (Entered: 06/29/2009) |
| 06/29/2009 | 24 | ◄⁾ AUDIO FILE (17.7 MB) as to defendant Brandon J. Cole regarding Motion Hearing 23 held on 06/29/2009 at |

| | | |
|---|---|---|
| | | 9:59 a.m. before Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 06/29/2009) |
| 07/24/2009 | 25 | TEXT MINUTE ENTRY for hearing re [20 ] Motion to Suppress held in Omaha on July 24, 2009 before Magistrate Judge Thomas D. Thalken as to defendant Brandon J. Cole. Hearing is continued from June 26, 2009. Evidence by plaintiff.Transcript to be ordered. Matter deemed submitted upon filing of transcript. Report and recommendation to be issued. Present bond is continued. Appearance for plaintiff: Michael P. NorrisAppearance for defendant: Jeffrey Thomas, FPDInterpreter Used: no. Courtroom Deputy: Pat Veylupek Court Reporter: Digital Recorder. Time Commenced: 2:00p.m. Time Concluded: 3:15p.m.Time in Court: 1 hour 15 minutes (PCV, ) (Entered: 07/27/2009) |
| 07/24/2009 | 26 | ◄» AUDIO FILE (17.6 MB) as to defendant(s) Brandon J. Cole regarding Motion Hearing, 25 held on July 24, 2009 at 2:00p.m. before Magistrate Judge Thomas D. Thalken. (PCV, ) (Entered: 07/27/2009) |
| 07/24/2009 | 27 | EXHIBIT LIST from hearing held on 6/29/09 and 7/24/09 as to defendant(s) Brandon J. Cole (PCV, ) (Entered: 07/27/2009) |
| 07/24/2009 | 28 | WITNESS LIST from hearing held on 6/29/2009 and continued on 7/24/2009 as to defendant(s) Brandon J. Cole (PCV, ) (Entered: 07/28/2009) |
| 07/28/2009 | 29 | LETTER BY CLERK that a CD was sent to Sue DeVetter for transcription regarding motion to suppress hearing held 6/29/2009 and 7/24/2009. Transcript ordered by Magistrate Judge Thomas D. Thalken as to defendant(s) Brandon J. Cole. THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (SLP) (Entered: 07/28/2009) |
| 08/04/2009 | 30 | |

| | | |
|---|---|---|
| | | TRANSCRIPT (UNREDACTED) of motion to suppress proceedings before Magistrate Judge Thomas D. Thalken held on June 29 and July 24, 2009, as to defendant Brandon J. Cole. Number of Pages: 118. The transcript may be viewed at the court's public terminal or purchased through Court Reporter/Transcriber Susan M. DeVetter at (402) 661-7309 before the expiration of the Release of Transcript Restriction deadline. The parties have 5 business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Click here to view the Transcript Redaction Procedure. Redaction Request due 8/25/2009. Redacted Transcript Deadline set for 9/4/2009. Release of Transcript Restriction set for 11/2/2009. (SMD) (Entered: 08/04/2009) |
| 08/25/2009 | 31 | FINDINGS AND RECOMMENDATION that MOTION to Suppress *Evidence and Request for Evidentiary Hearing and Oral Argument* 20 be denied as to defendant Brandon J. Cole. Ordered by Magistrate Judge Thomas D. Thalken. (PAV) (Entered: 08/25/2009) |
| 09/08/2009 | 32 | MOTION to Extend *Time for Filing of Statement of Objections to Report and Recommendation* by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 09/08/2009) |
| 09/08/2009 | 33 | TEXT ORDER as to defendant Brandon J. Cole granting 32 Motion to Extend. Defendant's deadline to file a statement of objections to the findings and recommendation 31 is extended to 09/16/2009. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 09/08/2009) |
| 09/15/2009 | 34 | OBJECTION to Report and Recommendation 31 by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 09/15/2009) |

| | | |
|---|---|---|
| 09/15/2009 | 35 | BRIEF in support of OBJECTION to Report and Recommendation 31 34 by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 09/15/2009) |
| 10/01/2009 | 36 | MEMORANDUM AND ORDER - Defendant's motion to suppress, 20 , is denied. Defendant's objections to the magistrate judge's report and recommendation, 34 , are overruled. The report and recommendation of the magistrate judge, 31 , is adopted in its entirety, as to Brandon J. Cole. Ordered by Chief Judge Joseph F. Bataillon. (JAE) (Entered: 10/01/2009) |
| 10/01/2009 | 37 | TRIAL ORDER as to defendant Brandon J. Cole - Jury Trial set for 11/9/2009 at 08:30 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon. Ordered by Magistrate Judge Thomas D. Thalken. (PAV) (Entered: 10/01/2009) |
| 10/30/2009 | 38 | Unopposed MOTION to Continue *Trial* by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 10/30/2009) |
| 10/30/2009 | 39 | WAIVER of speedy trial by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 10/30/2009) |
| 11/02/2009 | 40 | ORDER - Cole's motion to continue trial 38 is granted. Trial of this matter is re-scheduled for December 21, 2009, before Chief Judge Joseph F. Bataillon and a jury. The time between November 2, 2009 and December 21, 2009, shall be excluded under the Speedy Trial Act as to defendant Brandon J. Cole. Ordered by Magistrate Judge Thomas D. Thalken. (KBJ) (Entered: 11/02/2009) |
| 11/23/2009 | 41 | NOTICE OF ATTORNEY APPEARANCE by Attorney James H. Hoppe as to defendant(s) Brandon J. Cole. (Hoppe, James) (Entered: 11/23/2009) |
| 11/24/2009 | 42 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney by Attorney Jeffrey L. Thomas as to defendant(s) Brandon J. Cole. (Thomas, Jeffrey) (Entered: 11/24/2009) |
| 11/25/2009 | 43 | TEXT ORDER as to defendant Brandon J. Cole granting 42 Motion to Withdraw. Jeffrey L. Thomas and the office of the Federal Public Defender are granted leave to withdraw as counsel for the defendant. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 11/25/2009) |
| 12/07/2009 | 44 | Final MOTION to Extend *Time for Trial* by Attorney James H. Hoppe as to defendant(s) Brandon J. Cole. (Hoppe, James) (Entered: 12/07/2009) |
| 12/07/2009 | 45 | ORDER - Cole's motion to continue trial 44 is granted. Trial of this matter is re-scheduled for February 1, 2010, before Chief Judge Joseph F. Bataillon and a jury. The time between December 7, 2009 and February 1, 2010, shall be excluded under the Speedy Trial Act as to defendant Brandon J. Cole. Ordered by Magistrate Judge Thomas D. Thalken. (KBJ) (Entered: 12/07/2009) |
| 12/14/2009 | 46 | WAIVER of speedy trial by Attorney James H. Hoppe as to defendant(s) Brandon J. Cole. (Hoppe, James) (Entered: 12/14/2009) |
| 12/15/2009 | 47 | WAIVER of speedy trial as to defendant Brandon J. Cole. (JSF) (Entered: 12/15/2009) |
| 01/28/2010 | 48 | TEXT ORDER - The defendant's unopposed oral motion for a change of plea hearing is granted. A change of plea hearing is set for 3/4/10 at 1:30 p.m., Courtroom 3 (Omaha). At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall email a copy to the undersigned judge a copy of the following: a) a copy of the Petition to Enter A Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. The time between today's date and the date of the change of plea |

| | | |
|---|---|---|
| | | hearing is deemed excludable in any computation of time under the Speedy Trial Act. See 18 U.S.C. 3161 (h)(1) as to defendant Brandon J. Cole. Ordered by Chief Judge Joseph F. Bataillon. (TJD) (Entered: 01/28/2010) |
| 03/04/2010 | 49 | TEXT MINUTE ENTRY for proceedings held before Chief Judge Joseph F. Bataillon as to defendant(s) Brandon J. Cole.Change of Plea Hearing held on 3/4/2010. Following inquiry by the court, this matter will be scheduled for trial. Jury Trial set for 3/29/2010 at 01:00 PM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon. Bond continued; Hearing held in Omaha. Courtroom Deputy: Tracy Doyle. Reporter: Allan Kuhlman. Appearance for Plaintiff: Michael Norris; For Defendant: James Hoppe, Retained. Time Start: 2:00 p.m. Time Stop: 3:00 p.m. No interpreter used during hearing. (TJD) (Entered: 03/05/2010) |
| 03/15/2010 | 50 | TEXT ORDER SETTING CHANGE OF PLEA HEARING as to defendant(s) Brandon J. Cole.The defendant's unopposed oral motion for a change of plea hearing is granted. A change of plea hearing is set for 3/23/2010 09:00 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon. At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall email a copy to the undersigned judge a copy of the following: a) a copy of the Petition to Enter A Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. The time between today's date and the date of the change of plea hearing is deemed excludable in any computation of time under the Speedy Trial Act. See 18 U.S.C. 3161 (h)(1). Ordered by Chief Judge Joseph F. Bataillon. (SMS, ) (Entered: 03/15/2010) |
| 03/23/2010 | 51 | |

| | | |
|---|---|---|
| | | TEXT MINUTE ENTRY for proceedings held before Chief Judge Joseph F. Bataillon as to defendant Brandon J. Cole. Change of Plea Hearing held on 3/23/2010. The defendant pleaded guilty to counts I and III of the indictment; Plea accepted; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; Sentencing set for 6/17/2010 10:30 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon. Bond continued. Hearing held in Omaha. Courtroom Deputy: Tracy Doyle. Reporter: Allan Kuhlman. Appearance for Plaintiff: Michael Norris; For Defendant: James Hoppe, Retained. Time Start: 9:08 am Time Stop: 9:25 am. No interpreter used during hearing. (JSF) (Entered: 03/23/2010) |
| 03/23/2010 | 52 | ORDER ON SENTENCING SCHEDULE - Sentencing set for 6/17/2010 at 10:30 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon as to defendant Brandon J. Cole. Ordered by Chief Judge Joseph F. Bataillon. (JSF) (Entered: 03/23/2010) |
| 03/23/2010 | 53 | PETITION to enter plea of guilty as to defendant Brandon J. Cole (MKR) (Entered: 03/23/2010) |
| 03/23/2010 | 54 | PLEA AGREEMENT as to defendant Brandon J. Cole (MKR) (Entered: 03/23/2010) |
| 03/29/2010 | 55 | MOTION for Preliminary Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Brandon J. Cole. (Svoboda, Nancy) (Entered: 03/29/2010) |
| 03/29/2010 | 56 | PRELIMINARY ORDER OF FORFEITURE that the United States' Motion for Issuance of Preliminary Order of Forfeiture 55 is hereby sustained; based upon Count III of the Indictment and the plea of guilty, the United States is hereby authorized to seize the Gateway laptop computer and Hitachi hard drive, a Gateway 2900073 computer and a USB Samsung hard drive; the Defendant's interest in said |

| | | |
|---|---|---|
| | | properties is hereby forfeited to the United States fordisposition in accordance with the law, subject to the provisions of 18 U.S.C., § 2253; the aforementioned forfeited properties are to be held by the United States in its secure custody and control; upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C., § 2253, in which all interests will be addressed as to Brandon J. Cole (1). Ordered by Chief Judge Joseph F. Bataillon. (1 certified copy to USM)(CJP) (Entered: 03/29/2010) |
| 05/19/2010 | 57 | TEXT ORDER - on defendant's oral motion, rescheduling Sentencing to 6/29/2010 01:00 PM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon as to defendant(s) Brandon J. Cole. Ordered by Chief Judge Joseph F. Bataillon. (SMS, ) (Entered: 05/19/2010) |
| 05/25/2010 | 58 | ADOPTION of Presentence Investigation Report by Attorney Michael P. Norris as to defendant(s) Brandon J. Cole. (Norris, Michael) (Entered: 05/25/2010) |
| 05/25/2010 | 59 | RETURN of service of preliminary Order of Forfeiture on 5/20/10 upon Nebraska State Patrol as to defendant Brandon J. Cole. (TCL ) (Entered: 05/25/2010) |
| 06/01/2010 | 60 | STATEMENT REGARDING PRESENTENCE REPORT by Attorney James H. Hoppe as to defendant(s) Brandon J. Cole. (Hoppe, James) (Entered: 06/01/2010) |
| 06/23/2010 | 61 | NOTICE by Attorney Nancy A. Svoboda as to defendant (s) Brandon J. Cole. (Attachments: # 1 Advertisement Certification Report)(Svoboda, Nancy) (Entered: 06/23/2010) |
| 06/25/2010 | 62 | TEXT ORDER - on defendant's unopposed oral motion, rescheduling Sentencing to 7/9/2010 11:00 AM in Courtroom 3, Federal Building, 111 South 18th Plaza, Omaha, NE before Chief Judge Joseph F. Bataillon as to |

| | | |
|---|---|---|
| | | defendant(s) Brandon J. Cole. Ordered by Chief Judge Joseph F. Bataillon. (SMS, ) (Entered: 06/25/2010) |
| 06/29/2010 | 63 | MOTION for Final Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Brandon J. Cole. (Svoboda, Nancy) (Entered: 06/29/2010) |
| 06/30/2010 | 64 | STRICKEN - FINAL ORDER OF FORFEITURE sustaining 63 Plaintiff's Motion as to Brandon J. Cole (1). All right, title and interest in and to the Gateway laptop computer and Hitachi hard drive, and the Gateway 2900073 computer and USB hard drive, held by any person or entity, is hereby forever barred and foreclosed and forfeited to the United States of America for disposition in accordance with the law. Ordered by Chief Judge Joseph F. Bataillon. (1 Certified copy to USM)(JAB) Modified on 6/30/2010 to add "stricken" text pursuant to Order 65 . (JAB) (Entered: 06/30/2010) |
| 06/30/2010 | 65 | TEXT STRIKE ORDER that Pursuant to chambers, the Order on Motion for Final Forfeiture, 64 is stricken for the following reason: incorrect date on PDF document attached. Ordered by Chief Judge Joseph F. Bataillon. (JAB) (Entered: 06/30/2010) |
| 06/30/2010 | 66 | FINAL ORDER OF FORFEITURE sustaining 63 Plaintiff's Motion as to Brandon J. Cole (1). All right, title and interest in and to the Gateway laptop computer and Hitachi hard drive, and the Gateway 2900073 computer and USB hard drive, held by any person or entity, is hereby forever barred and foreclosed and forfeited to the United States of America for disposition in accordance with the law. Ordered by Chief Judge Joseph F. Bataillon. (1 Certified copy to USM) (JSF) (Entered: 06/30/2010) |
| 07/09/2010 | 67 | TEXT MINUTE ENTRY for proceedings held before Chief Judge Joseph F. Bataillon as to defendant Brandon J. Cole.Sentencing held on 7/9/2010. Plea and Plea Agreement Accepted. Presentence report accepted. Defendant is sentenced on Count I to the Bureau of Prisons |

| | | |
|---|---|---|
| | | for a term of 60 months with credit for time already served; Supervised release for a term of 5 years. Special assessment in the amount of $100.00. Count II is dismissed on motion of the government. Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released. Defendant to self surrender at date and time as directed by US Marshal. Hearing held in Omaha. Courtroom Deputy: Amy Brunswick. Reporter: Sue DeVetter. Appearance for Plaintiff: Doug Semisch; For Defendant: James Hoppe, Retained. Time Start: 10:55 a.m. Time Stop: 11:09 a.m. No interpreter used during hearing. (ADB, ) (Entered: 07/09/2010) |
| 07/12/2010 | 68 | JUDGMENT as to Brandon J. Cole. Defendant pleaded guilty to Counts I and III of the Indictment and is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months; five (5) years of Supervised Release with Special Conditions; $100 Special Assessment. Count II of the Indictment is dismissed on the motion of the United States as to this defendant only. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. Ordered by Chief Judge Joseph F. Bataillon. (4 Certified copies to USM)(GJG) (Entered: 07/12/2010) |
| 09/01/2010 | 72 | Judgment Returned Executed as to defendant Brandon J. Cole. (JAB) (Entered: 09/01/2010) |
| 04/11/2011 | 73 | EXHIBIT RECEIPT as to defendant Brandon J. Cole. Government Exhibits 1,2,3 from Suppression Hearing held 6/29/09 returned. (JAB) (Entered: 04/11/2011) |

## PACER Service Center

### Transaction Receipt

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 MAR 20 PM 1:24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CR 111 |
| ) | |
| vs. ) | **INDICTMENT** |
| ) | |
| BRANDON J. COLE, ) | [18 U.S.C. § 2252A(a)(2), |
| ) | 18 U.S.C. § 2252(a)(4)(B), |
| ) | 18 U.S.C. § 2253] |
| Defendant. ) | |

The Grand Jury charges:

## COUNT I

On or before the 7th day of October, 2008, in the District of Nebraska, BRANDON J. COLE,

the defendant herein, did knowingly receive visual depictions, and attempt to receive visual

depictions, that is, digital and computer images in files that had been mailed, shipped and transported

in interstate and foreign commerce by any means, including by computer, the production of such

visual depictions having involved the use of a minor engaging in sexually explicit conduct and were

depictions of such conduct.

In violation of Title 18, United States, Code, Section 2252A(a)(2).

## COUNT II

On and before the 7th day of October, 2008, in the District of Nebraska, BRANDON J.

COLE, the defendant herein, did knowingly possess one or more computer files and other matter

which contained an image of child pornography, the production of such visual depictions

involved the use of a minor engaging in sexually explicit conduct and such visual depiction(s)

were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B).

## COUNT III

Upon conviction for violating an offense involving a visual depiction described in Title 18 U.S.C. § 2252, defendant, BRANDON J. COLE shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1. Gateway laptop computer and Hitachi hard drive
2. Gateway 2900073 computer
3. USB Samsung hard drive

All in violation of Title 18, United States Code, Section 2253.

**FOREPERSON**

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
           **Plaintiff**

**v.**                                              **Case Number 8:09cr111-001**

                                                    **USM Number 3871-029**

**BRANDON J. COLE**
           **Defendant**

                                                    **JAMES H. HOPPE**

                                                    **Defendant's Attorney**

_____

### JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

**THE DEFENDANT** pleaded guilty to counts I and III of the Indictment on March 23, 2010.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|
| 18:2252A(a)(2) - RECEIPT OF CHILD PORNOGRAPHY | October 7, 2008 | I |
| 18:2253 - FORFEITURE | October 7, 2008 | III |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count II of the Indictment is dismissed on the motion of the United States as to this defendant only.

Final order of forfeiture filed on 06/30/10 as to Count III.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within fourteen (14) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
July 9, 2010

s/ Joseph F. Bataillon
United States District Judge

July 12, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) months**.

The Court makes the following recommendations to the Bureau of Prisons:

1.      That the defendant be incarcerated in a federal facility as close to **Sioux City, IA** as possible.

2.      Defendant shall be given credit for time served.

        (X) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
                                                    Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
                                                    UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
                                                    UNITED STATES WARDEN

By:_____

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **five (5) years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.      The defendant shall not leave the judicial district without the permission of the court or probation officer;
2.      The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.      The defendant shall support his or her dependents and meet other family responsibilities;
5.      The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.      The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7.      The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.      The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.      The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10.     The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11.     The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's

compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1.     The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Public Law 108-405 (Revised DNA Collection Requirements Under the Justice for All Act of 2004), if such sample was not collected during imprisonment.

2.     The defendant shall submit his or her person, residence, property, office, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by a United States Probation Officer at any time; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises and any shared devices may be subject to searches pursuant to this condition.

3.     The defendant shall submit to an unannounced examination of his computer (including any handheld computing device, any electronic device capable of connecting to any online service, or any data storage media) conducted by a U.S. Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of a violation of a condition of supervision, which may include retrieval and copying of all data from the device and/or removal of equipment for the purpose of conducting a thorough investigation.  Failure to submit to an examination may be grounds for revocation.  The defendant shall warn all individuals that have access to defendant's computer that it is subject to examination.

4.     The defendant shall cooperate with the U.S. Probation Office's Computer Monitoring Program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices.  The defendant and/or the U.S. Probation Officer shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to monitoring.  The defendant may be limited to possessing only one personal Internet capable device, to facilitate the probation officer's ability to effectively monitorhis/her Internet related activities, including, but not limited to, email correspondence, Internet usage history, and chat conversations.  The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent installed software. The defendant shall also permit random examinations of said computer systems, Internet capable devices, and similar electronic devices, and related computer peripherals, such as CD's and other media, under his/her control.  The defendant shall pay the costs of monitoring.

5.     The defendant shall notify the U.S. Probation Officer of all computer software owned or operated by the defendant at the commencement of supervision, and report any additional software purchase, acquisition, or use during the course of supervision.

6.     The defendant shall advise the U.S. Probation Officer of all computer, electronic equipment, and web enabled equipment, including cell phones, to which he possesses or has access within 24 hours of obtaining same.

7.     The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes on any media.  Also, the defendant shall not install or use any program for the purpose of "wiping," deleting or cleaning any media device.

8.     The defendant shall have no contact, nor reside with children under the age of 18, including his own children, unless approved in advance by the U.S. Probation Officer in consultation with the treatment providers. The defendant must report all incidental contact with children to the U.S. Probation Officer and the treatment provider. Should the defendant have incidental contact with a child, the defendant is required to immediately remove him from the situation and notify his/her U.S. Probation Officer within 24 hours of this contact.

9.     The defendant shall not loiter within 500 feet of schools, school yards, parks, arcades, playgrounds, amusement parks, or other places used primarily by children under the age of 18 unless approved in advance by the U.S. Probation Officer.

Defendant: BRANDON J. COLE                                                                                    Page 5 of 7
Case Number: 8:09cr111-001

10.    The defendant shall comply with Sexual Offender Registration and Notification Act (SORNA) requirements for convicted offenders in any state in which the defendant resides. The defendant shall register in person as a sex offender with local/tribal/county law enforcement in the jurisdiction in which s/he resides, is employed, and is a student, within three (3) business days after sentencing (if the offender did not receive a prison sentence) or within three business days of the defendant's release from custody. The defendant shall provide proof of registration to the U.S. Probation Officer.

11.    The defendant shall undergo a sex offense-specific evaluation and participate in a sex offender treatment and/or mental health treatment program approved by the U.S. Probation Officer. The defendant shall abide by all rules, requirements, and conditions of the sex offender treatment program(s), including submission to therapeutic polygraph testing. The defendant shall waive his right of confidentiality in any records for mental health assessment and treatment imposed as a consequence of this judgement to allow the U.S. Probation Officer to review the defendant's course of treatment and progress with the treatment provider. The defendant shall pay for these services as directed by the probation officer.

12.    The defendant shall sign releases of information to allow all professionals involved in the assessment, treatment, and behavioral monitoring of the defendant to communicate and share documentation with each other.

13.    The defendant shall neither possess nor have under his control any sexually explicit material or pornography. This includes, but is not limited to, any material obtained through access to any computer, including a computer for employment purposes, or any other material linked to computer access or use.

14.    The defendant shall have all residence and employment pre-approved by the U.S. Probation Officer ten (10) days prior to any such change.

15.    The defendant shall consent to third party disclosure to any employer, or potential employer, concerning any computer-related restrictions that are imposed upon him, unless excused by the U.S. Probation Officer.

16.    The defendant shall participate in a victim awareness program as directed by the probation officer. Based on the defendant's ability to pay, the defendant shall pay for the costs of the program in an amount determined by the probation officer.

17.    The defendant shall provide the probation officer with access to any requested financial information.

18.    Pursuant to 18 U.S.C. § 3583 (d), the defendant shall submit to a drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances in an amount to be determined by the probation officer.

19.    The defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement, and, thereafter, as directed by the probation officer.

Defendant: BRANDON J. COLE                                                                 Page 6 of 7
Case Number: 8:09cr111-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

## FINE

No fine imposed.

## RESTITUTION

No restitution was ordered.

# SCHEDULE OF PAYMENTS

**The defendant shall pay the special assessment in the amount of $100.00 immediately.**

The criminal monetary penalty is due in full on the date of the judgment.  The defendant is obligated to pay said sum immediately if he or she has the capacity to do so.  The United States of America may institute civil collection proceedings at any time to satisfy all or any portion of the criminal monetary penalty.

Without limiting the foregoing, and during the defendant's term of incarceration, the defendant shall participate in the Bureau of Prisons' Financial Inmate Responsibility Program.  Using such Program, the defendant shall pay 50% of the available inmate institutional funds per quarter towards the criminal monetary penalty.

Without limiting the foregoing, and following release from prison, the defendant shall make payments to satisfy the criminal monetary penalty in the following manner: (a) monthly installments of $100 or 3% of the defendant's gross income, whichever is greater; (b) the first payment shall commence 30 days following the defendant's discharge from incarceration, and continue until the criminal monetary penalty is paid in full; and (c) the defendant shall be responsible for providing proof of payment to the probation officer as directed.

Any payments made on the outstanding criminal monetary penalty shall be applied in the following order of priority: special assessment; restitution; fine; and other penalties.  Unless otherwise specifically ordered, all criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made to the clerk of the Court.  Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

The defendant shall forfeit the defendant's interest in the following property to the United States:

**Gateway laptop computer and Hitachi hard drive and the Gateway 2900073 computer and USB hard drive**

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk